FILED'08 JUL 10 10:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL D. MEIER,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:07-CV-1341-HA<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on July 10, 2008.

DATED this 10 day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE