**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

FILED'08 SEP 18 11:20USDC-ORP


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**MICHAEL D. MEIER**

         Plaintiff,

    vs.

**COMMISSIONER,**
Social Security Administration,

        Defendant.

Civil No.: 07-1341-HA

ORDER REGARDING FEES PURSUANT
TO THE EQUAL ACCESS FOR JUSTICE
ACT (EAJA)

     Based upon a review of the file herein, and noting the stipulation of the parties, it is

hereby ORDERED that the plaintiff, MICHAEL D. MEIER, on behalf of his attorney,

Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO

JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $4,100.00.

     The parties agree that the check for EAJA fees shall be made payable to Karen

Stolzberg, and mailed to her office at:  11830 SW Kerr Parkway, #315; Lake Oswego, OR

97035.

ORDER RE:  EAJA FEES
PAGE 1

DATED this 16th day of September, 2008.


UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
KAREN STOLZBERG
Attorney for Plaintiff
Michael D. Meier

ORDER RE:  EAJA FEES
PAGE 2